**Order entered June 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01407-CR

### WILLIE FRANK WILSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F08-39144-I**

## ORDER

The Court **GRANTS** the State's second motion for extension of time to file the State's brief.

We **GRANT** the State's motion for leave to file a brief exceeding the word limit.

We **DIRECT** the Clerk of the Court to file the State's brief tendered as of the date of this order.

/s/     ADA BROWN
         JUSTICE